UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CASSANDRA TYISKA, as guardian on behalf of minor M.T. and minor C.T.,

Plaintiff,

v.

APRIA HEALTHCARE LLC,

Defendant.

CASE NO. 2:25-cv-02318-TL

ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On October 14, 2025, Plaintiff Cassandra Tyiska, proceeding pro se, filed a civil action on behalf of M.T. and C.T., her minor children, in King County Superior Court. *See* Dkt. No. 1-1 (state-court complaint) (sealed). On November 19, 2025, Defendant Apria Healthcare LLC removed the case to federal court. Dkt. No. 1 (notice of removal).

In the Ninth Circuit, a "long-established rule, dubbed the 'counsel mandate,' . . . precludes . . . a nonlawyer from representing [their] children *pro se* in pursuing their claims." *Grizzell v. San Elijo Elementary Sch.*, 110 F.4th 1177, 1178 (9th Cir. 2024) (citation modified);

*see Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997) ("[A] non-attorney parent must be represented by counsel in bringing an action on behalf of his or her child.").

Here, it is unclear whether Plaintiff—who does not indicate whether she is licensed by any state bar or otherwise credentialed as a lawyer—is an attorney. *See, e.g.*, Dkt. No. 1-1 at 5 (signature block); Dkt. No. 26-1 (certificate of service) (identifying as "Plaintiff, Pro Se").

Therefore, Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice under the Ninth Circuit's "counsel mandate." Plaintiff SHALL respond to this order **no later than November 25, 2026.**

Additionally, the Clerk is DIRECTED to re-note Defendant's motion to dismiss (Dkt. No. 23) to November 25, 2026.

Dated this 4th day of November 2026.

Tana Lin
United States District Judge